UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Stanley Joseph, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No.: 4:10-cd-01521-HEA |
| v. ) | |
| ) | |
| Latavia Jones, ) | |
| ) | |
| Defendant. ) | |

MOTION TO WITHDRAW

COMES NOW attorney Cynthia D. West of Neighborhood Nonprofit Law Center, and hereby moves for leave to withdraw as counsel of record for Defendant Latavia Jones because a conflict of interest has arisen such that counsel can no longer zealously represent Defendant.

WHEREFORE counsel respectfully requests leave to withdraw, and such further Orders this Court deems just and proper under the circumstances.

Respectfully Submitted,

/s/ Cynthia D. West
Cynthia D. West #61758Mo
Neighborhood Nonprofit Law Center
7182 Manchester Road
St. Louis, MO 63143
(314) 769-9109
(314) 769-9201 facsimile
cynthia@nnplc.org

2

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and accurate copy of the foregoing was sent via CM-ECF filing and thereby via Email to all parties of record this 23rd day of May, 2011, and via regular mail to Defendant Latavia Jones, 3617 Pennsylvania, Saint Louis, MO 63118.

                                                                             */s/ Cynthia D. West*